# United States District Court

Southern _____ DISTRICT OF ___Florida___

2000 FEB -9 AM 11:09

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

Ramirez

v.

USI Corporation d/b/a MacCenter

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **00-6198**

TO: (Name and address of defendant)

USI Corporation
c/o Michael J. France (as Registered Agent)
3343 W. Commercial Blvd., Suite 103
Ft. Lauderdale, FL 33309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander & Friedman
3201 West Griffin Road, Suite 204
Dania Beach, FL 33312

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                               2/9/00
CLERK                                         DATE

(BY) DEPUTY CLERK