IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.

2000 MAR -6 PM 3: 47

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

MADAY RAMIREZ,                )
                              )     CASE NO.: 00-6198-CIV-DAVIS
        Plaintiff,            )
                              )     Magistrate Judge Brown
vs.                           )
                              )
USI CORP. d/b/a               )
MACCENTER,                    )
                              )
        Defendant.            )
_____)

### MACCENTER'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COUNTS I AND III OF PLAINTIFF'S COMPLAINT

Defendant, USI CORP. d/b/a MACCENTER ("MACCENTER"), by and through its undersigned counsel and pursuant to Fed.R.Civ.Pro. 6(b) and Southern District of Florida Local Rule 7.1, hereby moves this Court for an Enlargement of Time to Respond to Counts I and III of Plaintiff's Complaint, and as good cause therefor states as follows:

1.      Plaintiff's Complaint was served upon the Defendant on or about February 10, 2000. In accordance with the Florida Rules of Civil Procedure, a Response to the Complaint in due on or before March 1, 2000.

2.      Contemporaneously with the filing of this Motion, MACCENTER has filed a Motion to Dismiss Counts II and IV of the Complaint. In order to avoid piece meal pleadings, the undersigned counsel respectfully requests that this Court enter an Order enlarging MACCENTER's time to respond to Counts I and III of the Complaint until such time as this



CASE NO.: 00-6198-CIV-DAVIS
Magistrate Judge Brown

Court has disposed of MACCENTER's Motion to Dismiss.

3. Accordingly, MACCENTER respectfully requests an enlargement of time to respond to Counts I and III of the Complaint until such time as the Motion to Dismiss has been ruled upon by this Court.

4. This Motion has been timely filed. Based upon the foregoing, MACCENTER respectfully submits that it has shown good cause for the granting of the requested enlargement.

5. This Motion has been filed in good faith and not for the purposes of delay. In compliance with the Local Rules of this Court, the undersigned counsel has attempted to contact opposing counsel, Stephanie Alexander, Esquire, who has not yet returned the telephone call.

WHEREFORE, for the above and foregoing reasons, Defendant, MACCENTER, respectfully requests that this Court enter an Order Enlarging MACCENTER's time to respond to Counts I and III of the Complaint until such time as this Court has ruled upon MACCENTER's pending Motion to Dismiss, as well as granting any other further relief as this Court deems just and proper and under the circumstances.

CASE NO.: 00-6198-CIV-DAVIS
Magistrate Judge Brown

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via U.S. Mail to Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this __1__ day of March, 2000.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile:  (954) 463-6222

By:_____
Scott M. Behren
Florida Bar No.: 987786

\\Sbserver\company\Clients\P - Z\motion for enlargement of time.wpd