IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ,

       Plaintiff,

vs.

USI CORP. d/b/a MACCENTER,

       Defendant.

CASE NO.: 00-6198-CIV-DAVIS

Magistrate Judge Brown

FILED by _____ D.C.
MAR 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON MACCENTER'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COUNTS I AND III OF PLAINTIFF'S COMPLAINT

THIS CAUSE having come on to be heard on MACCENTER's Motion for Enlargement of Time to Respond to Counts I and III of Plaintiff's Complaint, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is,

ORDERED and ADJUDGED that:

1. Said Motion be, and same is, GRANTED.

2. Defendant shall respond to Counts I and III of the Complaint once this Court has disposed of the pending Motion to Dismiss.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 21st day of March, 2000.

_____
U.S. DISTRICT JUDGE

Copies furnished to:
Scott M. Behren, Esq., One Financial Plaza, Suite 1500, 100 S.E. 3rd Avenue, Fort Lauderdale, Florida 33309
Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312

