IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**NIGHT BOX FILED**

MAR 2 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

MADAY RAMIREZ,  )
  )  CASE NO.: 00-6198-CIV-DAVIS
     Plaintiff,  )
  )  Magistrate Judge Brown
vs.  )
  )
USI CORP. d/b/a  )
MACCENTER,  )
  )
     Defendant.  )
_____ )

### MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS COUNTS II AND IV OF THE COMPLAINT

Defendant, USI CORP. d/b/a MACCENTER ("MACCENTER"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule S.D. 7.1, hereby moves this Court for an Enlargement of Time to File a Reply Memorandum in Support of its Motion to Dismiss Counts II and IV of the Complaint, and as good cause therefor states as follows:

1. On March 1, 2000, MACCENTER filed its Motion to Dismiss Counts II and IV of the Complaint. MACCENTER's Motion to Dismiss was served on that date via telefax and U.S. Mail. In accordance with the Local Rules of this Court, the Plaintiff was required to file her responsive memorandum on or before March 15, 2000. Despite the fact that no enlargement was requested from this Court, Plaintiff served (via telefax) her Memorandum in Opposition to Defendant's Motion to Dismiss on March 17, 2000 (ie. two days late).

2. In accordance with the Local Rules of this Court, MACCENTER is required to file its Reply Memorandum on or before March 24, 2000. However, since the undersigned counsel was in Montgomery, Alabama throughout most of the week of March 20, 2000, the undersigned has been unable to complete its Reply.

3. Accordingly, MACCENTER respectfully requests a five (5) day enlargement of time to serve its Reply Memorandum.

4. This Motion has been timely filed. Based upon the foregoing, MACCENTER respectfully submits that it has shown good cause for the granting of the requested enlargement.

5. This Motion has been filed in good faith and not for purposes of delay. The undersigned counsel has been unable to contact opposing counsel Stephanie Alexander, Esq. due to the undersigned's travel schedule so he does not know whether she would oppose this Motion.

WHEREFORE, for the above and foregoing reasons, Defendant, MACCENTER, respectfully requests that this Court enter an Order Enlarging MACCENTER's time to file and serve its Reply Memorandum in support of its Motion to Dismiss, as well as granting any other further relief as this Court deems just and proper under the circumstances.

CASE NO.: 00-6198-CIV-DAVIS
Magistrate Judge Brown

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via U.S. Mail to Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this 27 day of March, 2000.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By: _____
Scott M. Behren
Florida Bar No.: 987786

\\Sbserver\company\Clients\S - Z\U S I\Ramirez\motion for enlargement of time2.wpd