IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ, )
                Plaintiff, )
vs. )
USI CORP. d/b/a )
MACCENTER, )
                Defendant. )

CASE NO.: 00-6198-CIV-DAVIS

Magistrate Judge Brown

FILED by _____ D.C.
MAR 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER ON MACCENTER'S MOTION FOR ENLARGEMENT OF TIME TO
TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO
DISMISS COUNTS II AND IV OF THE COMPLAINT**

THIS CAUSE having come on to be heard on MACCENTER's Motion for Enlargement of Time to file a Reply Memorandum in support of its Motion to Dismiss Counts II and IV of the Complaint, and the Court having reviewed the Motion, and being otherwise duly advised in the premises, it is,

ORDERED and ADJUDGED that:

    1. Said Motion be, and same is, GRANTED.

    2. MACCENTER shall file and serve its Reply Memorandum within five days (ie. on or before March 29, 2000).

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 27 day of March, 2000.

_____
U.S. DISTRICT JUDGE

Copies furnished to:
Scott M. Behren, Esq., One Financial Plaza, Suite 1500, 100 S.E. 3rd Avenue, Fort Lauderdale, Florida 33309
Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312