IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MADAY RAMIREZ, | CASE NO.: 00-6198-CIV-DAVIS |
| Plaintiff, | |
| vs. | Magistrate Judge Brown |
| USI CORP. d/b/a MACCENTER, | |
| Defendant. | |

### RE-NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition of:

| **Name** | **Date** | **Time** |
|---|---|---|
| Maday Ramirez | Thursday, May 25, 2000 | 10:00 a.m. |

upon oral examination before an officer qualified to administer oaths at the offices of Waldman, Feluren & Trigoboff, P.A., One Financial Plaza, Suite 1500, 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, for above-styled cause. The depositions shall be conducted pursuant to the Federal Rules of Civil Procedure and shall continue day to day, weekends and holidays excepted, until completed. The depositions are being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules, pursuant to the Federal Rules of Civil Procedure.

Individuals with disabilities needing reasonable accommodation to participate in this proceeding should contact Scott M. Behren, Esq. not less than seven (7) days prior to the proceeding at Telephone No. (954) 467-8600.



CASE NO. 00-6198-CIV-DAVIS

If notice to the individual is less than seven (7) days, then the individual should contact Scott M. Behren, Esq. as soon as possible after receiving that notice, Telephone No. (954) 467-8600; or if hearing impaired, Telephone No. (800) 955-9772 (ADD); or Telephone No. (800) 955-8770(V), via Florida Relay Service.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail this 11 day of May, 2000 on Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
Fort Lauderdale, Florida 33394
Tel: (954) 467-8600
Fax: (954) 467-6222

By: _____
Scott M. Behren
Florida Bar No. 987786

cc: Esquire Deposition Services
600 South Andrews Avenue
Suite 200
Fort Lauderdale, Florida 33301

2