UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6198-CIV-DAVIS/BROWN

MADAY RAMIREZ,

    Plaintiffs,

v.

USI CORP. d/b/a MACCENTER,

    Defendant.
_____/



## ORDER

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery matters, including Defendant's Motion to Compel Responses to First Set of Interrogatories and First Request for Production (filed May 22, 2000), are hereby referred to United States Magistrate Judge Brown to take all necessary and proper action as required by law.

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of May, 2000.

                                                                          EDWARD B. DAVIS
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Brown

Scott M. Behren, Esq.
One Financial Plaza, Suite 1500
100 SE 3rd Avenue
Fort Lauderdale, Florida 33309

Stephanie Alexander, Chartered
3201 West Griffin Road
Suite 204
Dania Beach, Florida 33312

