UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBERS LISTED BELOW

**CLERK'S ORDER OF REASSIGNMENT**

Pursuant to Section 2.06.00 of the Court Policy Manual, the following civil cases from the docket of Chief Judge Edward B. Davis have been randomly reassigned to **Judge Wilkie D. Ferguson, Jr.** All papers submitted for filing shall bear the respective case number below followed by the surname **FERGUSON**, thereby indicating the Judge to whom all future documents should be routed:

| | |
|---|---|
| 96-7377 | Fields v. Danek Medical, Inc. |
| 98-6307 | Frohlich, et al v. Guardian Life |
| 99-0009 | Linan v. Warden |
| 99-2905 | Milian-Rodriguez v. United States |
| 99-3033 | Port of Miami, et al v. International Longshoremen's |
| 99-6669 | All Underwriters v. Searock, Inc. |
| 99-7084 | Applied Research v. Gateway American |
| 99-7127 | Cunigan v. Dept. of Corrections |
| 99-7663 | LCI International v. Wheel O'Winners, Inc. |
| 00-0097 | Compaq Computer v. CHS Electronics |
| 00-1537 | Ordonez v. Maritime Electric Co. |
| 00-6069 | Hope v. Strauss |
| √00-6198 | Ramirez v. USI Corporation |
| 00-6292 | Wilhoite v. AT&T Corporation |
| 00-6443 | Crowley Liner Services v. Interocean Lines |

Dated at Miami, in the Southern District of Florida, this 14th day of June, 2000.

CLARENCE MADDOX
Clerk of Court

By: _____
Deputy Clerk

c:  Chief Judge Edward B. Davis
    Judge Wilkie D. Ferguson, Jr.
    Magistrate Judge
    All Counsel of Record
    Lucy Lara, Case Assignment Administrator

