IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MADAY RAMIREZ,

    Plaintiff,

v.

    Case No. 00-6198-CIV-DAVIS

    Magistrate Judge Brown

USI CORPORATION, d/b/a
MACCENTER,

    Defendant.

_____/

## JOINT SCHEDULING AND STATUS REPORT

Pursuant to Rule 16.1(B) of the Local Rules for the United States District Court for the Southern District of Florida, Plaintiff, Maday Ramirez ("Plaintiff") and Defendant, USI Corporation, d/b/a MacCenter ("Defendant"), submit this Joint Scheduling and Status Report. The categories below correspond to those set forth in Local Rule 16.1(B)(7).

### I. DETAILED SCHEDULE OF DISCOVERY

This case involves claims of discrimination under federal and state law.

Plaintiff's Discovery – Plaintiff intends at this time to depose employees and former employees of Defendant who have knowledge concerning Plaintiff's employment with Defendant, as well as the facts and circumstances surrounding Plaintiff's termination. Plaintiff has served a Request for Production and Interrogatories on Defendant and may send additional discovery requests (including Requests for Admissions) to Defendant.



Defendant's Discovery – Defendant intends to depose, or has deposed, Plaintiff and her husband, as well as persons identified in Plaintiff's Answers to Interrogatories, including John Vargas and Carol Frame. Defendant has already served its First Request for Production and First Set of Interrogatories. Answers were provided by Plaintiff and a Motion to Compel is currently pending before the Court. MacCenter expects to serve additional discovery as required in this matter.

## II. STATUS AND LIKELIHOOD OF SETTLEMENT

Plaintiff contends that settlement discussions will be pursued. Defendant contends that it engaged in extensive pre-litigation settlement discussions and now that litigation has commenced, believes the likelihood of settlement is improbable.

## III. LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES

It has not yet been determined whether additional parties will appear in this action, but it seems highly unlikely.

## IV. PROPOSED DEADLINES

A.  To join parties and amend pleadings – 30 days after the Court rules on Defendant's Motion to Dismiss Counts II and IV of Plaintiff's Complaint and Motion to Strike.

B.  To file motions – 30 days following close of discovery.

C.  To hear motions – 30 days following motion deadline.

D.  To complete discovery – November 17, 2000.

## V. PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES

At this time, the parties believe that the issues are properly simplified and the parties agree to cooperate in continuing to simplify the issues for determination by this Court.

## VI. NECESSITY OF AMENDMENTS TO PLEADINGS

None at this time, but amendments may prove necessary, depending on the Court's ruling on Defendant's Motion to Dismiss Counts II and IV of Plaintiff's Complaint and Motion to Strike.

## VII. COOPERATION ON EVIDENTIARY ISSUES

The parties agree to cooperate on evidentiary issues, to stipulate to the authenticity of documents to limit the need for any advance rulings from the Court on questions of admissibility of evidence, and to agree to seek such advance rulings when necessary to avoid any undue delay at trial.

## VIII. SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE

The parties agree to cooperate to avoid unnecessary proof and cumulative evidence.

## IX. NEED FOR REFERRAL TO A MAGISTRATE

The parties do not object to the referral of discovery matters to a magistrate.

## X. PROJECTED TIME FOR TRIAL

Trial of this matter will take approximately three to five days. Plaintiff has requested a jury trial.

## XI. PROPOSED DATES FOR FINAL PRETRIAL CONFERENCE AND TRIAL

A. Final Pretrial Conference – January of 2001.

B. Trial – March of 2001

## XII. OTHER INFORMATION

None at this time.

### XIII. DOCUMENTS AND WITNESSES

Pursuant to Court Rule 16.1(B)(1) and (4), the parties have agreed to exchange witness and exhibit lists no later than 90 days prior to the cut-off date for discovery.

Dated: June 9, 2000.

| | |
|---|---|
| ALEXANDER & FRIEDMAN LLP | WALDMAN FELUREN & TRIGOBOFF, P.A. |
| Counsel for Plaintiff | Counsel for Defendant |
| 3201 W. Griffin Road, Ste. 204 | 100 S.E. Third Ave., Suite 1500 |
| Dania Beach, FL 33312 | Fort Lauderdale, FL 33394 |
| 954.966.4770 | 954.467.8600 |
| 954.966-4775 (fax) | 954.3467.6222 (fax) |

By: _____   By: _____
Stephanie Alexander                 Scott M. Behren
Fla. Bar No. 081078                 Fla. Bar No. 987786
Brenda A. Friedman
Fla. Bar No. 056537