00-6198.oa

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6198-CIV-FERGUSON

MADAY RAMIREZ

        Plaintiff,

vs.

USI CORP. d/b/a MACCENTER,

        Defendant.
_____/

### ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Maccenter's Motion to Compel Responses to First Set of Interrogatories and First Request for Production, filed May 22, 2000. The Court has considered the motion, the response, and all pertinent materials in the file.

The Court finds, as argued by plaintiff, that the motion is in violation of Local Rule 26.1.I. A letter faxed to counsel on May 11 to respond by the next day is not a good faith effort to discuss the matter. The Court also finds that plaintiff has violated Local Rule 7.7, by attaching correspondence without Court permission. Therefore the Court will consider the motion on the merits.

In that regard, it is further **ORDERED AND ADJUDGED** as follows:

1. The motion to compel is **GRANTED** as to document request 9. Plaintiff may redact from the tax returns any information that is personal to plaintiff's husband.

2. The motion to compel is **GRANTED** as to interrogatory 5. If plaintiff can't give specific answers, then plaintiff shall state why those specific answers cannot be given. The Court finds that



at least some elements of damages can and should be stated with specificity.

    3. Plaintiff shall have ten (10) days from the date of this order to comply with same.

**DONE AND ORDERED** this 11th day of July, 2000 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Wilkie D. Ferguson, Jr.
       Stephanie Alexander, Esq.
       Scott M. Behren, Esq.