**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

MADAY RAMIREZ,

        Plaintiff,                          Case No. 00-6198-CIV-FERGUSON

v.                                      Magistrate Judge Brown

USI CORPORATION d/b/a
MACCENTER,

        Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

        Plaintiff Maday Ramirez ("Mrs. Ramirez"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, moves for entry of an order granting Mrs. Ramirez a one-week enlargement of time to comply with the Court's Order Granting Motion to Compel (the "Order"). In support of this Motion, Mrs. Ramirez states as follows:

        1. On July 11, 2000 the Court signed the Order by which it granted the Motion to Compel filed by Defendant, USI Corporation d/b/a MacCenter ("MacCenter") and ordered that Mrs. Ramirez comply with the Order within ten (10) days of its date. Accordingly, Mrs. Ramirez was order to comply with the Order by July 21, 2000.

        2. Counsel for Mrs. Ramirez did not receive the Order until Tuesday, July 18, 2000.

        3. Counsel for Mrs. Ramirez is a two-attorney law firm, comprised of Stephanie Alexander and Brenda A. Friedman. Ms. Alexander had commitments requiring her to be in Chicago from Wednesday, July 19, 2000 through Monday, July 24, 2000, leaving Ms. Friedman to handle all of the firm's matters by herself during this period of time.

        4. In addition, Mrs. Ramirez has recently moved to Sarasota, making it more difficult for



Mrs. Ramirez and her counsel to both communicate and exchange materials, including information and documents that are or may be responsive to the discovery encompassed by the Order.

5. Mrs. Ramirez and her counsel have already initiated efforts necessary for responding to the discovery encompassed by the Order. Due to the above time constraints (primarily resulting from the firm's belated receipt of the Order), logistics, and work load, however, Mrs. Ramirez finds it necessary to request a brief, one-week enlargement of time to comply with the Order, which would thus mean Mrs. Ramirez must comply with the Order by Friday, July 28, 2000.

6. Counsel for Mrs. Ramirez has conferred with counsel for MacCenter who has stated that MacCenter is not opposed to the enlargement of time sought by this Motion.

7. The enlargement of time requested in this Motion is not sought for purposes of delay and will not prejudice either party or in any way delay or hinder this action.

WHEREFORE, Mrs. Ramirez respectfully requests that the Court enter an Order granting Mrs. Ramirez a one-week enlargement of time within which she must comply with the Order, meaning that Mrs. Ramirez will have to comply with the Order by Friday, July 28, 2000.

Dated: July 20, 2000.

> Alexander & Friedman LLP
> 3201 W. Griffin Road, Suite 204
> Dania Beach, FL 33312
> (954) 966-4770
> (954) 966-4775 (facsimile)
>
> Stephanie Alexander
> Florida Bar No. 0081078
> Brenda A. Friedman
> Florida Bar No. 0056537

2

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2000, a true and correct copy of this document was provided by facsimile to:

> Scott M. Behren
> Waldman Feluren & Trigoboff, P.A.
> 100 Southeast Third Avenue
> Suite 1500
> Fort Lauderdale, FL 33394

Brenda A. Friedman

3