UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6198-Civ-Ferguson/Snow

MADAY RAMIREZ,

      Plaintiff,

  vs.

USI CORPORATION d/b/a MACCENTER,

      Defendant.
_____/

FILED by _____ D.C.

AUG - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

      THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion for Enlargement of Time (Docket Entry 19), which was referred to United States Magistrate Judge Lurana S. Snow. With the Court being fully advised it is hereby

      ORDERED AND ADJUDGED that the motion is GRANTED.   The discovery responses shall be served on or before July 28, 2000.

      DONE AND ORDERED at Fort Lauderdale, Florida, this _1st_ day of August, 2000, nunc pro tunc.

                             Lurana S. Snow
                             LURANA S. SNOW
                             UNITED STATES MAGISTRATE JUDGE

Copies to:    Stephanie Alexander, Esq.
             Scott M. Behren, Esq.

