UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES



1. Case No. _00-6198_ Date: _8/21/00_
2. Style _Ramirez v. UST_
3. Plaintiff's Counsel: _Brenda Friedman_
4. Defendant's Counsel: _Scott Behren_
5. Type of Proceeding: _Status Conference_
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: _____ Trial Set for _May 21/01_
8. Does the case require mediation? _____

Notes _Scheduling and mediation orders to follow._

Law Clerk:           Amparo Nisi

Courtroom Deputy:    Troy Walker

Courtroom Reporter:  Paul Hafferling