**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AUG 2 2 2000

MADAY RAMIREZ,

Case No. 00-6198-CIV-FERGUSON

Plaintiff,

vs.

USI CORP. d/b/a MACCENTER,

Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE

**THIS CAUSE** is before the court sua sponte. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that Maccenter's Motion to Dismiss Counts II & IV of Plaintiff's Complaint, Motion to Strike [D.E.3] is **REFERRED** to **Lurana S. Snow United States Magistrate Judge** for a Report and Recommendation to this Court.

The parties are notified that all subsequent pleadings regarding matters referred to the Magistrate Judge shall be so designated by setting forth beneath the case number the identity of the Magistrate Judge to which the matter has been referred.



Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 22ND day of August, 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lurana S. Snow, U.S. Magistrate Judge
Stephanie Alexander, Esq.
Scott M. Behren, Esq.