FILED by _____ D.C.

OCT 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

MADAY RAMIREZ,

        Plaintiff,

v.

USI CORPORATION d/b/a
MACCENTER,

        Defendant.
_____/

Case No. 00-6198-CIV-FERGUSON

Magistrate Judge Snow

## ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED PROTECTIVE ORDER

This matter, having come before the Court on Plaintiff's Motion for Expedited Protective Order, and the Court, having considered the Motion and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

That Plaintiff's Motion for Expedited Protective Order is hereby GRANTED. THE DEPOSITIONS NOW SCHEDULED FOR OCTOBER 26 & 27, 2000 ARE STAYED UNTIL FURTHER ORDER.

DONE AND ORDERED in Chambers in Fort Lauderdale, Broward County, Florida this 25TH day of October, 2000.

_____
The Honorable Wilkie D. Ferguson
U.S. District Court Judge

Copies provided to counsel of record

31