IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ,           )
                         )    CASE NO.: 00-6198-CIV-FERGUSON
        Plaintiff,       )
                         )    Magistrate Judge Snow
vs.                      )
                         )
USI CORP. d/b/a          )
MACCENTER,               )
                         )
        Defendant.       )
_____)

## USI CORP. d/b/a MACCENTER'S MOTION FOR ORDER
## PERMITTING TELEPHONIC DEPOSITION OF CAROLYN FOX

Defendant, USI Corp. d/b/a MacCenter ("MacCenter"), pursuant to Rule 30(b)(7), hereby requests that this Court enter an Order allowing the telephonic deposition of Carolyn Fox and states as follows:

1. Maday Ramirez, a former employee of MacCenter, has asserted claims under the Pregnancy Discrimination Act against MacCenter. Specifically, Ms. Ramirez claims that her employment with MacCenter was terminated as a result of her pregnancy. MacCenter contends that Ms. Ramirez was terminated due to poor work performance and intends to utilize the testimony of her former supervisors, including Carolyn Fox.

2. The undersigned counsel has been advised that Ms. Fox resides in German Town, Maryland. MacCenter wishes to take the deposition of Ms. Fox telephonically. Accordingly, the undersigned counsel set correspondence on October 11, 2000 to Brenda Friedman, Esq., requesting that she stipulate to a telephonic deposition of Carolyn Fox. Ms. Friedman never responded to this letter.

NON-COMPLIANCE OF S.D. Fl. L.R. 5 1/B

CASE NO.: 00-6198-CIV-FERGUSON

WHEREFORE, MacCenter respectfully requests that this Court enter an Order entitling it to take the telephonic deposition of Carolyn Fox and for any and all other relief this Court deems just and proper under the circumstances.

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via Facsimile and U.S. Mail to: Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this __23__ day of October, 2000.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By:_____
Scott M. Behren
Florida Bar No.: 987786

2