IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ,                )
                             )        CASE NO.: 00-6198-CIV-FERGUSON
        Plaintiff,            )
                             )        Magistrate Judge Snow
                             )
vs.                          )
                             )
USI CORP. d/b/a              )
MACCENTER,                   )
                             )
        Defendant.           )
_____)

## MOTION FOR ENLARGEMENT OF TIME TO FILE MEMORANDUM
## IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

        Defendant, USI CORP. d/b/a MACCENTER ("MACCENTER"), by and through its

undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of

Florida Local Rule S.D. 7.1, hereby moves this Court for an Enlargement of Time to File a

Memorandum in Opposition to Plaintiff's Motion to Compel, and as good cause therefor states as

follows:

        1.      On October 13, 2000, Plaintiff served her Motion to Compel. In accordance with the

Local Rules of this Court, Defendant is required to file its responsive memorandum on or before

October 27, 2000. However, due to an extremely heavy case load, the undersigned has been unable

to complete its Memorandum.

        2.      Accordingly, MacCenter respectfully requests a five (5) day enlargement of time to

serve its Memorandum in Opposition to Plaintiff's Motion to Compel Responses to Second Request

for Production (through November 3, 2000).

        3.      This Motion has been timely filed. Based upon the foregoing, MacCenter respectfully

submits that it has shown good cause for the granting of the requested enlargement.

4.    This Motion has been filed in good faith and not for purposes of delay. The undersigned counsel has been unable to contact opposing counsel Stephanie Alexander, Esq. who was out of the office.

WHEREFORE, for the above and foregoing reasons, Defendant, MacCenter, respectfully requests that this Court enter an Order Enlarging MacCenter's time to file and serve its Memorandum in Opposition to Plaintiff's Motion to Compel through November 3, 2000, as well as granting any other further relief as this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via Facsimile and U.S. Mail to: Brenda Friedman, Esquire, Alexander & Friedman, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this __27__ day of October, 2000.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile:  (954) 467-6222

By:_____
        Scott M. Behren
        Florida Bar No.: 987786

2