IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
NOV 15 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

MADAY RAMIREZ,

        Plaintiff,                        Case No. 00-6198-CIV-FERGUSON

v.                                         Magistrate Judge Brown

USI CORPORATION d/b/a
MACCENTER,

        Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff Maday Ramirez ("Mrs. Ramirez"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, moves for entry of an order granting her a one-week enlargement of time to serve a reply to MacCenter's Memorandum in Opposition to Plaintiff's Motion to Compel Responses to Second Request for Production (the "Opposition"). In support of this Motion, Mrs. Ramirez states:

1. Counsel for Mrs. Ramirez is a two-person law firm, consisting of Brenda A. Friedman, Esq. and Stephanie Alexander, Esq. Ms. Friedman is in the process adopting a child from Russia. As a part of that lengthy and complex process, Ms. Friedman was required to go to Moscow, Russia on November 1, 2000 and did not return to the office until November 7, 2000. In addition, Ms. Friedman has just been informed that she must again go to Russia to complete her adoption, leaving on Monday, November 20, 2000 and will not be permitted to bring her daughter back into the United States until December 9, 2000. This prolonged absence will leave only Ms. Alexander in the office to attend to the firm's numerous cases.

2. The Opposition was served by facsimile on November 3, 2000, while Ms. Friedman was in Russia. Upon her return, the Opposition was not brought to her attention until November 14,



2000, the day after a reply to the Opposition was due. Ms. Friedman, however, was not in the office that day, due to the extraordinary demands she is facing in preparing for her imminent departure for Russia and the addition of a child to her home.

3. Under the circumstances, Mrs. Ramirez would respectfully request a one-week extension of time to serve her reply to the Opposition, meaning a reply to the Opposition would be served no later than November 21, 2000.

4. Counsel for Mrs. Ramirez has conferred with counsel for MacCenter who has stated that MacCenter is not opposed to the enlargement of time sought by this Motion.

5. The enlargement of time requested in this Motion is not sought for purposes of delay and will not prejudice either party or in any way delay or hinder this action.

WHEREFORE, Mrs. Ramirez respectfully requests that the Court enter an Order granting her a one-week enlargement of time (until November 21, 2000) within which to serve her reply to the Opposition.

Dated: November 15, 2000.

> Alexander & Friedman LLP
> 3201 W. Griffin Road
> Suite 204
> Dania Beach, FL 33312
> (954) 966-4770
> (954) 966-4775 (facsimile)
>
> *(signature)*
> Stephanie Alexander
> Florida Bar No. 0081078
> Brenda A. Friedman
> Florida Bar No. 0056537

2

**CERTIFICATE OF SERVICE**

     I certify that on November 15, 2000, a true and correct copy of this document was provided by facsimile and U.S. Mail to:

          Scott M. Behren
          Waldman Feluren & Trigoboff, P.A.
          100 Southeast Third Avenue
          Suite 1500
          Fort Lauderdale, FL 33394

          Brenda A. Friedman