UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6198-Civ-Ferguson/Snow

MADAY RAMIREZ,

    Plaintiff,

vs.

USI CORPORATION,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on various motions filed by the parties, which were referred to United States Magistrate Judge Lurana S. Snow. With the Court being fully advised it is hereby

ORDERED AND ADJUDGED as follows:

1. The plaintiff's Motion to Amend the Complaint (Docket Entry 35) is GRANTED. The plaintiff may amend the complaint once as a matter of course without leave of the Court, since the defendant has not filed a responsive pleading to the original complaint. Fed.R.Civ.P. 15(a). The amended complaint is deemed filed as of the date of this Order.

2. MacCenter's Motion to Dismiss Counts II and IV of Plaintiff's Complaint, Motion to Strike (Docket Entry 3) is DENIED AS MOOT in light of the amended complaint.

3. USI Corp. d/b/a MacCenter's Motion for Order Permitting Telephonic Deposition of Carolyn Fox (Docket Entry 32) is unopposed and is GRANTED.

4. The defendant's Motion for Enlargement of Time to File Memorandum in Opposition to Plaintiff's Motion to Compel (Docket Entry 33) is GRANTED. The response filed November 7, 2000, is deemed timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of November, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:  Stephanie Alexander, Esq.
            Scott M. Behren, Esq.