### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

MADAY RAMIREZ,

        Plaintiff,                        Case No. 00-6198-CIV-FERGUSON

v.                                       Magistrate Judge Brown

USI CORPORATION d/b/a
MACCENTER,

        Defendant.
_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TRIAL AND DISCOVERY DEADLINES

        Plaintiff Maday Ramirez ("Mrs.Ramirez"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.6, moves for entry of an order extending the discovery and trial deadlines in this case. In support of this Motion, Mrs. Ramirez states:

        1. Counsel for Mrs. Ramirez is a two-person law firm, consisting of Brenda A. Friedman, Esq. and Stephanie Alexander, Esq. Mrs. Friedman just adopted a child from Russia. As a part of that lengthy and complex process, Mrs. Friedman was required to go to Moscow, Russia on November 1, 2000 and to return to Russia to complete her adoption, leaving again for Moscow on November 20, 2000. Mrs. Friedman did not return to work after the adoption until January 8, 2001. This prolonged absence left only Mrs. Alexander in the office to attend to the firm's numerous cases.

        2. Discovery is currently scheduled to close in this matter on March, 2001, and ensuing deadlines are premised on that date. Mrs. Ramirez's counsel, however, only recently received certain personnel files from Defendant in response to this Court's Order compelling their production. Because the Defendant had been improperly withholding discovery from Mrs. Ramirez, she was forced to seek– and receive– a protective order which precluded depositions from going forward



during the pendency of the recently-decided Motion to Compel. Hence, discovery in this case was essentially at a stand-still for several months.

3. In addition, the Defendant's Motion to Dismiss has been pending for several months and the Defendant has yet to even answer the First Amended Complaint.

4. Under the circumstances, Mrs. Ramirez respectfully avers that she has shown the requisite good cause and, therefore, requests that this Court enter an order extending the deadline for completion of discovery in this matter by an additional 4 months, or until July 2001, and adjust any ensuing deadlines in this case accordingly.

5. Counsel for the Defendant has been consulted, but has refused to assent to the continuance sought by this Motion.

6. This is the first time either party has sought an extension of the deadlines in this matter. In addition, the extension requested in this Motion is not sought for purposes of delay and will not prejudice either party, unduly delay, or hinder this action in any way.

WHEREFORE, Mrs. Ramirez respectfully requests that the Court enter an Order: (a) extending the discovery deadline in this matter until July, 2001; (b) adjusting any ensuing deadlines in this matter accordingly, as the Court deems appropriate; and (c) granting such further relief as the Court deems just and proper.

Dated: January 9, 2001.

Alexander & Friedman LLP
3201 W. Griffin Road
Suite 204
Fort Lauderdale, FL 33312
(954) 966-4770
(954) 966-4775 (facsimile)

2

*Stephanie Alexander*
Stephanie Alexander
Florida Bar No. 0081078

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2001, a true and correct copy of this document was provided by facsimile to:

Scott M. Behren
Waldman Feluren & Trigoboff, P.A.
100 Southeast Third Avenue
Suite 1500
Fort Lauderdale, FL 33394

*Stephanie Alexander*
Stephanie Alexander

3