

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.
JAN 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

MADAY RAMIREZ,

    Plaintiff,

vs.

Case No. 00-6198-CIV-FERGUSON

USI CORP. d/b/a MACCENTER,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Extension of Trial and Discovery Deadlines [D.E.46]. Having duly considered the motion and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the motion [D.E.46] is **GRANTED**.

The following timetable shall govern the pretrial procedure in this cause. **This schedule shall not be modified absent compelling circumstances.**

February 26, 2001    Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the Plaintiff shall make its experts available for deposition by the Defendant. The experts' depositions may be conducted without further order from the Court.



Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| March 12, 2001 | Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the Defendant shall make its experts available for deposition by the Plaintiff. The experts' depositions may be conducted without further order from the Court. |
| March 26, 2001 | Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| April 16, 2001 | **All Discovery must be completed.** |
| May 7, 2001 | All Pretrial Motions, including Motions for Summary Judgment and Memoranda of Law, must be filed. |
| May 21, 2001 | Joint Pretrial Stipulation must be filed. |
| May 28, 2001 | **Pretrial Conference at 3:45 p.m.** Parties should be prepared to address all pending motions. |
| June 25, 2001 | **Calendar Call at 3:45 p.m.** Proposed Jury Instructions or Proposed Findings of Fact and Conclusions of Law and Proposed Verdict Form shall be filed. **The parties are ordered to confer prior to submitting the Proposed Jury Instructions and Proposed Verdict Form** to determine whether they can agree to them prior to their submission to the Court. |
| July 2, 2001 | **Two-Week Trial Period.** A time for your appearance will be given at Calendar Call. |

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 23rd day of January, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Stephanie Alexander, Esq.
Scott M. Behren, Esq.