IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ, )
) CASE NO.: 00-6198-CIV-FERGUSON
Plaintiff, )
) Magistrate Judge Snow
vs. )
)
USI CORP. d/b/a )
MACCENTER, )
)
Defendant. )
_____)

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO SERVE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TRIAL AND DISCOVERY CUTOFF

Defendant, USI CORP. d/b/a MACCENTER ("MACCENTER"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Florida Local Rule S.D. 7.1, hereby moves this Court for an Enlargement of Time to File a Memorandum in Opposition to Plaintiff's Motion to Extension of Trial and Discovery Cutoff, and as good cause therefor states as follows:

1. On January 9, 2001, Plaintiff served her Motion to for Extension of Trial and Discovery Deadlines. In accordance with the Local Rules of this Court, Defendant is required to file its responsive memorandum on or before January 23, 2001. However, due to an extremely heavy case load, including out of town depositions, the undersigned has been unable to complete its Memorandum.

2. Accordingly, MacCenter respectfully requests a fourteen (14) day enlargement of time to serve its Memorandum in Opposition to Plaintiff's Motion to for Extension of Trial and Discovery Deadlines (through February 6, 2001).

CASE NO.: 00-6198-CIV-FERGUSON

3. This Motion has been timely filed. Based upon the foregoing, MacCenter respectfully submits that it has shown good cause for the granting of the requested enlargement.

4. This Motion has been filed in good faith and not for purposes of delay. The undersigned counsel has been unable to contact opposing counsel Stephanie Alexander, Esq. who was out of the office. Should Ms. Alexander advise of her non-opposition to this Motion, we will advise this Court.

WHEREFORE, for the above and foregoing reasons, Defendant, MacCenter, respectfully requests that this Court enter an Order Enlarging MacCenter's time to file and serve its Memorandum in Opposition to Plaintiff's Motion for Extension of Trial and Discovery Deadlines through February 6, 2001, as well as granting any other further relief as this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via Facsimile and U.S. Mail to: Stephanie Alexander, Esquire, Alexander & Friedman, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this 22 day of January, 2001.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By: _____

Scott M. Behren
Florida Bar No.: 987786