IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| MADAY RAMIREZ, | ) | |
| | ) | CASE NO.: 00-6198-CIV-FERGUSON |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Snow |
| vs. | ) | |
| | ) | |
| USI CORP. d/b/a | ) | |
| MACCENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR
### ENLARGEMENT OF TIME TO CONDUCT MEDIATION

Defendant, USI CORP. d/b/a MACCENTER ("MACCENTER"), by and through its undersigned counsel, hereby moves this Court for an Enlargement of Time to conduct mediation in this matter, and as good cause therefor states as follows:

1. On September 6, 2000, this Court entered its Order Setting Trial Date and Discovery Schedule, scheduling the mediation cutoff in this matter for March 21, 2001. Due to conflicts between the parties and their counsel, the earliest date a mediation conference can be scheduled is March 30, 2001.

2. Therefore, Defendant respectfully requests a ten day enlargement of time to conduct a mediation conference in this matter.

3. This Motion has been timely filed. Based upon the foregoing, MacCenter respectfully submits that it has shown good cause for the granting of the requested enlargement.

4. This Motion has been filed in good faith and not for purposes of delay. The undersigned counsel has contacted Plaintiff's counsel, Stephanie Alexander, who does not oppose

NON-COMPLIANCE OF S.D. Fla. L.R. S1B


CASE NO.: 00-6198-CIV-FERGUSON

the relief sought in this Motion

WHEREFORE, for the above and foregoing reasons, Defendant, MacCenter, respectfully requests that this Court enter an Order Enlarging the cutoff to conduct a mediation conference in this matter through March 30, 2001, as well as granting any other further relief as this Court deems just and proper under the circumstances.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via Facsimile and U.S. Mail to: Brenda Friedman, Esquire, Alexander & Friedman, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this 28 day of February, 2001

> WALDMAN FELUREN & TRIGOBOFF, P.A.
> One Financial Plaza, Suite 1500
> 100 Southeast Third Avenue
> Fort Lauderdale, Florida 33394
> Telephone: (954) 467-8600
> Facsimile: (954) 467-6222
>
> By: _____
>    Scott M. Behren
>    Florida Bar No.: 987786