IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ,                          )
                                        )    CASE NO.: 00-6198-CIV-FERGUSON
            Plaintiff,                  )    Magistrate Judge Snow
                                        )
vs.                                     )
                                        )
USI CORP. d/b/a                         )
MACCENTER,                              )
                                        )
            Defendant.                  )
_____)

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT MEDIATION

THIS CAUSE having come on to be heard on MacCenter's Defendant's Unopposed Motion

For Enlargement of Time to Conduct Mediation, and the Court having reviewed the Motion, and

being otherwise duly advised in the premises, it is,

ORDERED and ADJUDGED that:

1.    Said Motion be, and same is, GRANTED.

2    The parties shall have until March 30, 2001 to conduct a mediation conference

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 12th

march day of February, 2001

U.S. DISTRICT JUDGE

Copies furnished to:
Scott M. Behren, Esq., One Financial Plaza, Suite 1500, 100 S.E. 3rd Avenue, Fort Lauderdale, Florida 33309
Stephanie Alexander, Chartered, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312