**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

MADAY RAMIREZ,               )
                             )
         Plaintiff,          )         Case No. 00-6198-CIV-FERGUSON
                             )
v.                           )         Magistrate Judge Snow
                             )
USI CORPORATION d/b/a        )
MACCENTER,                   )
                             )
         Defendant.          )
_____)

### PLAINTIFF'S WITNESS LIST

Plaintiff, Maday Ramirez, by and through her undersigned counsel, hereby files her list of list of potential witnesses that she may use at trial in this matter:

1.  Maday Ramirez
    c/o Alexander & Friedman LLP
    3201 West Griffin Road, Suite #204
    Fort Lauderdale, FL 33312

2.  Carol Frame
    7650 Westwood Drive, #521
    Tamarac, FL 33321

3.  Kim Larkins
    6508 N.W. 9th Street
    Margate, FL 33063

4.  Debra Kerr
    16317 S.W. 23rd Street
    Miramar, FL 33027

5.  Galily Weisner
    6475 West Oakland Park Boulevard, Suite #410
    Fort Lauderdale, FL 33313

6.  Persons subpoenaed for deposition and/or deposed by Defendant.

7.  All witnesses listed on Defendant's witness list.



8.  Rebuttal witnesses, as appropriate or necessary.

9.  Plaintiff reserves the right to amend this Witness List as necessary, especially in light of the fact that discovery has yet to be completed in this case.

10. Records custodian, Dade County School Board.

Date: March 27, 2001

        Alexander & Friedman LLP
        Counsel for Plaintiff
        3201 West Griffin Road, Suite 204
        Fort Lauderdale, FL 33312
        Telephone: 954.966.4770
        Facsimile: 954.964.4775

By: _____
    Stephanie Alexander
    Fla. Bar No. 081078
    Brenda A. Friedman
    Fla. Bar No. 056537

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was served on March 27, 2001 by facsimile on:

    Scott M. Behren
    Waldman Feluren & Trigoboff, P.A.
    100 Southeast Third Avenue
    Suite 1500
    Fort Lauderdale, FL 33394

_____
Stephanie Alexander

2