IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MADAY RAMIREZ, )
) CASE NO.: 00-6198-CIV-FERGUSON
Plaintiff, )
) Magistrate Judge Snow
vs. )
)
USI CORP. d/b/a )
MACCENTER, )
)
Defendant. )
_____)

## NOTICE OF SETTLEMENT

Defendant, USI Corp. d/b/a MacCenter, by and through its undersigned counsel, hereby files this Notice of Settlement and states as follows:

1. On March 30, 2001, the parties conducted a settlement conference in this matter with Samuel L. Heller of Mediation, Inc.

2. The parties successfully mediated this matter at that settlement conference and counsel for the parties will be filing a Joint Motion for Dismissal with Prejudice shortly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing has been furnished via Facsimile and U.S. Mail to: Brenda Friedman, Esquire, Alexander & Friedman, 3201 West Griffin Road, Suite 204, Dania Beach, Florida 33312 on this __3__ day of April, 2000.

WALDMAN FELUREN & TRIGOBOFF, P.A.
One Financial Plaza, Suite 1500
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By: _____
Scott M. Behren
Florida Bar No.: 987786

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1