**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MADAY RAMIREZ**
    **Plaintiff,**         **CASE NO: 00-6198-CIV-FERGUSON**

**vs**                      **MEDIATION REPORT**

**USI CORP.**
    **Defendant,**        / Type of Case: Other Civil

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Samuel L. Heller, Esquire of MEDIATION, INC., on March 30, 2001.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

Copies furnished by U.S. Mail to:

    Scott M. Behren, Esquire

    Stephanie Alexander, Esquire

RESPECTFULLY SUBMITTED on April 5, 2001.

    JAMES B. CHAPLIN, ESQUIRE
    for Samuel L. Heller
    Florida Bar Number 110628
    Certified Mediator for MEDIATION, INC.
    Post Office Box 4978
    Fort Lauderdale, FL 33338
    Telephone: (954) 764-1000
              (800) 741-7000