**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



MADAY RAMIREZ,

Case No. 00-6198-CIV-FERGUSON

Plaintiff,

vs.

USI CORP. d/b/a MACCENTER,

Defendant.
_____/

### ORDER DISMISSING CAUSE ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court on the parties' Notice of Settlement. Having duly considered the Notice and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice. The Court retains jurisdiction for sixty (60) days over this cause to enter judgment or final order of dismissal on the parties' filing of appropriate pleadings, and if necessary, to enforce settlement. Any pending motions are rendered moot by this Order Dismissing Cause. **The case is closed.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 9th day of April, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Stephanie Alexander, Esq.
Scott M. Behren, Esq.